```
McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  916-554-2716
```

FILED

JAN - 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                 DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-MJ-00335 KJM |
| Plaintiff, ) | MOTION AND ORDER DISMISSING CRIMINAL COMPLAINT WITH PREJUDICE |
| v. ) | |
| HERMON JOHN HULL, ) | |
| Defendant. ) | |

    The United States of America, by and through its undersigned attorney, Ellen V. Endrizzi, Assistant United States Attorney, respectfully requests that this Court dismiss the above-captioned Complaint with prejudice. The Complaint was filed against defendant Hermon John Hull on October 31, 2007; however, the defendant-fugitive has been apprehended by law enforcement and will be prosecuted by the State.

    This motion is made pursuant to the provisions of Rule 48(a)

///

///

///

1

1  of the Federal Rules of Criminal Procedure.
2  DATED: January 7, 2008

3                                    Respectfully submitted,

4
5                                    McGREGOR W. SCOTT
                                     United States Attorney
6
                              By:    /s/ Ellen V. Endrizzi
7                                    ELLEN V. ENDRIZZI
                                     Assistant U.S. Attorney
8

9                              O R D E R
10     GOOD CAUSE APPEARING, it is ordered that the above-captioned
11  Complaint against Hermon John Hull be and is hereby dismissed
12  with prejudice.
13  DATED: January 7, 2008           GREGORY G. HOLLOWS
14                                   HONORABLE GREGORY G. HOLLOWS
                                     UNITED STATES MAGISTRATE JUDGE